**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TRACY RHINE,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No.  3:14-CV-3055-M** |
| | ) | |
| **FIRST BAPTIST DALLAS** | ) | |
| **CHURCH, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the

Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SIGNED** this 31st day of October, 2016.


_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**